UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE/TACOMA

| | |
|---|---|
| ASHLEY M. FLINT,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | CASE NO. 2:18-cv-01359-RSM<br><br>STIPULATED MOTION TO EXTEND ANSWER AND INITIAL SCHEDULING DEADLINES AND ORDER |

**<u>JOINT STIPULATION</u>**

COMES NOW the Plaintiff, Ashley M. Flint, through her attorney, Cornelia Clark, and Defendant, the United States of America, through its counsel, Tricia Boerger, Assistant United States Attorney, in this stipulated motion to extend the initial scheduling dates in this matter as follows:

| | |
|---|---|
| Answer | 12/07/2018 |
| Deadline for FRCP 26(f) Conference: | 12/20/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 01/03/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 01/10/2019 |

Stipulated Motion to Extend
Answer and Initial Scheduling Deadlines
and Order
2:18-cv-01359-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | This extension is necessary because the United States has not had adequate time to confer with the federal agency or understand the facts or nature of the case sufficient to answer the complaint, participate in a discovery conference, submit initial disclosures or prepare a discovery plan. The United States' answer is due on November 23, 2018. As such, the parties are requesting an extension of time for filing an answer and initial scheduling deadlines to allow time to review the initial pleadings and participate meaningfully in the FRCP 26 process.

The parties though their counsel further agree that neither party will be prejudiced by this agreement.

DATED this 9th day of November, 2018.

Respectfully submitted,

ANNETTE L. HAYES

United States Attorney

| *s/ Cornelia Clark* | *s/ Tricia Boerger* |
|---|---|
| CORNELIA CLARK, WSBA #26824 | TRICIA BOERGER, WSBA #38581 |
| Law Office of Cornelia Clark | Assistant United States Attorney |
| 321 Burnett Ave. S., Suite 201 | Western District of Washington |
| Renton, Washington 98057 | United States Attorney's Office |
| Telephone: 425-282-0487 | 700 Stewart Street, Suite 5220 |
| Email: corneliaclark@seanet.com | Seattle, Washington 98101-1271 |
| | Phone: 206-553-7970 |
| *Attorney for Plaintiff* | Email: tricia.boerger@usdoj.gov |
| | |
| | *Attorneys for Defendant* |

Stipulated Motion to Extend
Answer and Initial Scheduling Deadlines
and Order
2:18-cv-01359-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# **ORDER**

The Court, having reviewed the parties' stipulated motion and the record in this matter and being fully informed, finds good cause exists to extend the initial scheduling dates as requested. As such, and the parties having so stipulated and agreed, it is hereby **ORDERED** that the initial scheduling dates shall be extended as follows:

| | |
|---|---|
| Answer: | 12/07/2018 |
| Deadline for FRCP 26(f) Conference: | 12/20/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 01/03/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 01/10/2019 |

DATED this 14 day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulated Motion to Extend
Answer and Initial Scheduling Deadlines
and Order
2:18-cv-01359-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970