# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ASHLEY M. FLINT, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. C18-1359 RSM <br><br> ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT |

This matter comes before the Court on the Parties' stipulated Motion to Amend Complaint. Dkt. #8. The Court finds good cause exists and the Complaint can be amended as set forth in the proposed amended complaint. *See* Dkt. #8-1. Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the Parties' Motion is GRANTED.

DATED this 28th day of December, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT - 1