|   |   |
|---|---|
|   | The Honorable Ricardo S. Martinez |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY M. FLINT<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:18-cv-01359-RSM<br><br>STIPULATED MOTION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AND ORDER |

Plaintiff, Ashley M. Flint, and Defendant, the United States of America, by and through their counsel of record, hereby stipulate that the case has been resolved and jointly move this Court for an order dismissing Plaintiff's Complaint with prejudice and without costs or fees to any party. The parties further stipulate that the Court shall not retain jurisdiction over the action or the settlement thereof.

//

//

//

STIPULATED MOTION FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT
AND ORDER - 1
2:18-cv-01359-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

DATED this 23rd day of January, 2020.

**SO STIPULATED:**

BRIAN T. MORAN
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA No. 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: tricia.boerger@usdoj.gov

*Attorneys for Defendant United States of America*


*s/Cornelia Clark*
Cornelia Clark, WSBA No. 26824
321 Burnett Ave. S.
Suite. 201
Renton, Washington 98057
Phone: 425-282-0487
Email: corneliaclark@seanet.com

*Attorney for Plaintiff*

STIPULATED MOTION FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT
AND ORDER - 2
2:18-cv-01359-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970

**ORDER**

Pursuant to the parties' motion, and the parties having stipulated and agreed, it is hereby **ORDERED** that Plaintiff's Complaint is dismissed with prejudice and without costs or fees to any party. This Court shall not retain jurisdiction over the action or settlement thereof.

DATED this 27 day of January 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

BRIAN T. MORAN
United States Attorney

*s/ Tricia Boerger*
TRICIA BOERGER, WSBA # 38581
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: tricia.boerger@usdoj.gov
*Attorney for the United States of America*

STIPULATED MOTION FOR DISMISSAL
OF PLAINTIFF'S COMPLAINT
AND ORDER - 3
2:18-cv-01359-RSM

United States Attorney's Office
700 Stewart Street, Suite 5200
Seattle, Washington 98101
(206) 553-7970